ADAM J. THURSTON (SBN 162636)
ALEXIS N. BURGESS (SBN 279328)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
adam.thurston@dbr.com
alexis.burgess@dbr.com

Attorneys for Plaintiff
ENVIRON HOLDINGS, INC.

KIT M. STETINA (SBN 82,977)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Tel: (949) 855-1246
Fax: (949) 855-6371
litigate@stetinalaw.com

Attorneys for Defendant
ENVIRON STRATEGY CONSULTANTS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| ENVIRON HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRON STRATEGY CONSULTANTS, INC., a California corporation; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 8:14-cv-00664<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff ENVIRON Holdings, Inc. and defendant Environ Strategy Consultants,

Inc., by and through their undersigned counsel of record, hereby stipulate to the dismissal of this action in its entirety without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: November 24, 2014 DRINKER BIDDLE & REATH LLP

By: /s/ Adam J. Thurston
Adam J. Thurston
Alexis N. Burgess

Attorneys for Plaintiff
ENVIRON HOLDINGS, INC.

Dated: November 24, 2014 STETINA BRUNDA GARRED & BRUCKER

By: /s/Kit M. Stetina
Kit M. Stetina

Attorneys for Defendant
ENVIRON STRATEGY CONSULTANTS, INC.

## ATTESTATION

I, Adam J. Thurston, am the ECF user whose identification and password are being used to file the above document. I hereby attest that Kit M. Stetina has concurred in the filing of this document and approved the placement of his electronic signature hereon.

Dated: November 24, 2014 DRINKER BIDDLE & REATH LLP

By: /s/ Adam J. Thurston
Adam J. Thurston
Alexis N. Burgess

Attorneys for Plaintiff
ENVIRON HOLDINGS, INC.